IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

STEPHEN E. SLAUGHTER                                           PLAINTIFF

V.                          CASE No. 1:19–CV–01023–SOH

COLUMBIA MUTUAL INSURANCE COMPANY
d/b/a COLUMBIA INSURANCE GROUP                                 DEFENDANT

### DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS

Defendant, Columbia Mutual Insurance Company ("Columbia"), for its Motion For Leave to File Reply Brief in Support of Motion to Dismiss, states:

1.  Columbia has moved to dismiss Plaintiff's Class Action Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. ECF No. 23, 24. Plaintiff opposes Columbia's motion. ECF No. 29.

2.  Columbia represents that a reply brief is necessary to address the legal and factual arguments raised in Plaintiff's responsive brief. To this end, Columbia moves for leave to file the reply brief attached hereto as Exhibit 1.

3.  Columbia respectfully submits that the arguments and authorities in its reply brief will assist the Court as it considers the issues presently before it.

4.  In accord with Local Rule 7.2(d), no brief is required to be filed in support of this request for leave.

1

WHEREFORE, Defendant, Columbia Mutual Insurance Company, prays for leave to file a reply brief in further support of its motion to dismiss, and for all other relief to which it is justly entitled.

Respectfully submitted,

Paul D. Waddell (ABN 87179)
Shane Baker (ABN 2001187)
Samuel T. Waddell (ABN 2014204)
WADDELL, COLE & JONES, PLLC
P.O. Box 1700
Jonesboro, AR 72403

By: /s/ *Paul D. Wadell*
    Attorneys for Defendant,
    Columbia Mutual Insurance Company

## CERTIFICATE OF SERVICE

    I, Paul D. Waddell, hereby certify that a true and correct copy of the foregoing document was filed via CM/ECF on December 3, 2019, which will send notification to all counsel of record:

John Holleman (ABN 91056)
Timothy A. Steadman (ABN 2009113)
Jerry Garner (ABN 2014134)
HOLLEMAN & ASSOCIATES, P.A.
1008 West Second Street
Little Rock, Arkansas 72201

Mr. Lloyd "Tre" Kitchens (ABN 99075)
THE BRAD HENDRICKS LAW FIRM
500 C Pleasant Valley Drive
Little Rock, Arkansas 72227

                                                      /s/ *Paul D. Waddell*
                                                      Paul D. Waddell