IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

STEPHEN E. SLAUGHTER                                                                PLAINTIFF

v.                                    Case No. 1:19-cv-1023

COLUMBIA MUTUAL INSURANCE COMPANY
d/b/a COLUMBIA INSURANCE GROUP                                          DEFENDANT

## ORDER

Before the Court is Defendant's Motion to Stay Initial Scheduling Order and Discovery. ECF No. 26. Defendant moves the Court to stay all deadlines in the initial scheduling order (ECF No. 22) until the Court rules on the pending Motion to Dismiss (ECF No. 23). Plaintiff does not oppose the motion. ECF No. 27. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. All deadlines in the Initial Scheduling Order are stayed pending the Court's ruling on the pending Motion to Dismiss. If the Motion to Dismiss is denied, the Court will reissue an initial scheduling order in this case.

**IT IS SO ORDERED**, this 9th day of December, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge